# Third District Court of Appeal

## State of Florida

Opinion filed November 15, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1855
Lower Tribunal No. 19-3921
_____

**Alejandro Videla,**
Appellant,

vs.

**Hitomi Ogino,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Jason E. Dimitris, Judge.

Pena & Associates, P.A. and Mary E. Pena-Hilzen, for appellant.

No appearance, for appellee.

Before LINDSEY, HENDON and LOBREE, JJ.

PER CURIAM.

Affirmed.